UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL BROWN, JR.,

    Plaintiff,

v.

COUNTY OF WAYNE, et al.,

    Defendants.

Case No. 24-cv-13450

Honorable Robert J. White

**ORDER DIRECTING THE PLAINTIFF TO SUBMIT DECLARATION PURSUANT TO 28 U.S.C. § 1746**

Daniel Brown, Jr. commenced this action *pro se* without prepaying the filing fee or applying for *in forma pauperis* relief. (IFP). (ECF No. 1). The Court instructed Brown to correct the deficiency by January 9, 2025. (ECF No. 2). Brown did not comply with this directive and the Court dismissed the case without prejudice. (ECF No. 5).

Brown now moves to reopen the case and seeks IFP status. (ECF Nos. 6-7). He claims, without any proof, that he was unable to respond to the Court's previous order because he was hospitalized from December 23, 2024, to January 12, 2025. (ECF No. 6, PageID.21). Because Brown's statement is unsupported, the Court

cannot, at this juncture, excuse his delay in meeting the deadline. Accordingly, it is hereby,

ORDERED that Brown is directed to supply the Court with a declaration, under penalty of perjury, verifying that he was hospitalized from December 23, 2024, to January 12, 2025. *See* 28 U.S.C. § 1746.

IT IS FURTHER ORDERED that the declaration shall state (1) the name of the institution where Brown was hospitalized, and (2) the name of the medical provider who treated him there.

IT IS FURTHER ORDERED that Brown file the declaration with the Court no later than **Monday, March 17, 2025**.

Dated: March 3, 2025                               s/Robert J. White
                                                   Robert J. White
                                                   United States District Judge